LESLIE N. HEATHERTON, Respondent, *v.* JAMES M. HEATHERTON et al., Appellants.

(Argued November 16, 1936; decided November 18, 1936.)

*William D. Cunningham* for motion.

*I. Maurice Wormser* opposed.

Motion denied, with ten dollars costs.